■ In the Matter of NATHANIEL K. CHARNY (Admitted as NATHANIEL KIRES CHARNY), a Suspended Attorney. [—— NYS2d ——] —This Court's order entered on April 15, 1999 (257 AD2d 18) amended by referring this matter to the Departmental Disciplinary Committee to designate a Hearing Panel to conduct a hearing, as indicated. No opinion. Concur—Williams, J. P., Mazzarelli, Ellerin, Rubin and Saxe, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SIMON HOWARD PRISK, Admitted January 11, 1993, at a Term of the Appellate Division, First Department. [713 NYS2d 465] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 257 AD2d 127.]